IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Hunter J. Garrett, Individually,** | : | |
| **Plaintiff** | : | Case No. 2:19-cv-2227 |
| v. | : | |
| **Opportunities for Ohioans with Disabilities, et al.** | : | Chief Magistrate Judge: Elizabeth A. Preston Deavers |
| | : | |
| **Defendants** | | |

### UNOPPOSED MOTION FOR LEAVE TO FILE BRIEFS AND EXHIBITS UNDER SEAL

Pursuant to the parties' Agreed Protective Order Governing Confidential Information (ECF No. 19) as well as S.D. Ohio Civ. R. 5.2.1(a), Hunter J. Garrett, Plaintiff, without opposition from Opportunities for Ohioans with Disabilities, *et al.*, respectfully requests leave of the Court for the parties to file their briefs under seal, including Plaintiff's Merit Brief, Defendant's Response, Plaintiff's Reply, and accompanying exhibits. The briefing contains educational and medical information of the Plaintiff. Because the confidential information is anticipated to be used extensively throughout the briefing, Plaintiff requests leave to file under seal, as redaction of the documents for public filing is not possible. Plaintiff's counsel consulted with counsel for Defendants, who stated they do not oppose this request. The parties do not oppose the electronic service of the unredacted documents.

                                                  Respectfully Submitted,

                                                  s/ Alison McKay
                                                  Alison McKay (0088153)
                                                  amckay@disabilityrightsohio.org
                                                  Trial Attorney
                                                  Kristin Hildebrant (0042086)
                                                  khildebrant@disabilityrightsohio.org

{00730132-4}

          Disability Rights Ohio
          200 Civic Center Drive, Suite 300
          Columbus, Ohio  43215
          Telephone:  614-466-7264
          Facsimile:   614-644-1888

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on September 22nd, 2021 a copy of the foregoing Unopposed Motion for Leave to File Merit Brief Under Seal was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

          s/ Alison McKay (0088153)

{00730132-4}