# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Hunter J. Garrett,** | : | |
| **Plaintiff** | : | Case No. 2:19-cv-2227 |
| v. | : | |
| **Opportunities for Ohioans with Disabilities, et al.** | : | Chief Magistrate Judge: Elizabeth A. Preston Deavers |
| | : | |
| **Defendants** | | |

## MOTION FOR BILL OF COSTS

Pursuant to the Opinion and Order of this Court (ECF No. 69), Federal Rule of Civil Procedure 54(d)(1) and Local Rule 54.1, Plaintiff asks this Court to award costs in this case. Form AO 133 detailing the costs in this case, a declaration supporting the requested costs, and invoices are all attached as exhibits. A memorandum in support is below.

                                                              Respectfully Submitted,

                                                              s/ Kristin Hildebrant
                                                              Kristin Hildebrant (0042086)
                                                              khildebrant@disabilityrightsohio.org
                                                              Trial Attorney
                                                              Disability Rights Ohio
                                                              200 Civic Center Drive, Suite 300
                                                              Columbus, Ohio  43215
                                                              Telephone:  614-466-7264
                                                              Facsimile:   614-644-1888

                                                              Counsel for Plaintiff

**MEMORANDUM IN SUPPORT**

Plaintiff seeks only the costs associated with the fees of the Court and two depositions, Director of the Kelly Autism Program Michelle L. Elkins and Opportunities for Ohioans with Disabilities Vocational Rehabilitation Supervisor Japiya Burns. *See* Exhibit 1 – Declaration of Kristin Hildebrant; Exhibit 2 – Form AO 133; Exhibit 3 – Invoices.

Plaintiff's deposition of Director of the Kelly Autism Program Michelle L. Elkins was appropriate for the purposes of this case as it was ordered by the Court in response to Plaintiff's motion. Opinion and Order (ECF No. 25). Plaintiffs are seeking payment for costs solely related to the deposition. *See* Exhibit 3 – Invoices. Defendants conducted the deposition of Japiya Burns and Plaintiff sought only a transcript of the proceedings. *Id.* at 3-4.

| Description | Subtotal | Total |
|---|---|---|
| Fees of the Clerk | Filling Fee $400.00 | $400.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | Michelle L Elkins Deposition<br><br>• Pages $947.10<br><br>• Scan/Xerox/Archive $103.50<br><br>• Electronic File Formats/Archivals $55.00<br><br>• Signature/Certified Letter and Affidavits $40.00<br><br>Japiya Burns<br><br>• Day 1 $576.45<br><br>• Day 2 $163.80 | $1885.85 |
| Other costs | Michelle L Elkins Deposition<br><br>• Hourly $210.00 | $682.50 |

2

|  |  |  |
|---|---|---|
|  | - Attendance (After Hours) $135.00<br>- VC technician – Evening Rate $112.50<br>- VC Technician $175.00<br>- video recording $50.00 |  |
| Total |  | $2,968.35 |

Respectfully Submitted,

s/ Kristin Hildebrant
Kristin Hildebrant (0042086)
khildebrant@disabilityrightsohio.org
Trial Attorney
Disability Rights Ohio
200 Civic Center Drive, Suite 300
Columbus, Ohio  43215
Telephone:  614-466-7264
Facsimile:   614-644-1888

Counsel for Plaintiff

3

4

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing Motion for Bill of Costs for Plaintiff was filed electronically on September 7, 2022. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                              s/ Kristin Hildebrant
                                              Kristin Hildebrant (0042086)