# Laura Bordeau

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, May 28, 2019 5:33 PM |
| **To:** | Laura Bordeau |
| **Subject:** | Pay.gov Payment Confirmation: OHSD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Mike Socha at (614) 719-3063.

Application Name: OHSD CM ECF
Pay.gov Tracking ID: 26HOR81D
Agency Tracking ID: 0648-6941913
Transaction Type: Sale
Transaction Date: May 28, 2019 5:33:02 PM

Account Holder Name: Laura Bordeau
Transaction Amount: $400.00
Card Type: Visa
Card Number: ************1269


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 41340 | 9/20/2020 | 32075 |
| Job Date | Case No. | |
| 8/12/2020 | 2:19-cv-2227 | |
| Case Name | | |
| Hunter L. Garrett vs. Opportunities for Ohioans with Disabilities, et al. | | |
| Payment Terms | | |
| Net 30 | | |

Alison McKay
Ohio Disability Rights Law and Policy Center, Inc.
d/b/a Disability Rights Ohio
200 Civic Center Drive
Suite 300
Columbus, OH 43215

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Michelle L. Elkins | | | | |
| Pages | 231.00 | @ | 4.10 | 947.10 |
| Hourly | 3.50 Hours | @ | 60.00 | 210.00 |
| Scan/Xerox/Archive | 207.00 | @ | 0.50 | 103.50 |
| Electronic File Formats/Archivals | 1.00 | @ | 55.00 | 55.00 |
| Signature/Certified Letter and Affidavits | 1.00 | @ | 40.00 | 40.00 |
| Attendance (After Hours) | 1.50 Hours | @ | 90.00 | 135.00 |
| VC technician - Evening rate | 1.50 Hours | @ | 75.00 | 112.50 |
| VC Technician | 3.50 Hours | @ | 50.00 | 175.00 |
| video recording | 1.00 Hours | @ | 50.00 | 50.00 |

**TOTAL DUE  >>>**                                  **$1,828.10**

AFTER 10/20/2020  PAY                              $2,010.91

Thank you for your business.
**PLEASE REMIT PAYMENT TO OUR NEW ADDRESS ON OUR INVOICE!!

Payment terms:  Payable within 30 days.  Accounts unpaid after 30 days agree to pay all collection costs, including, but not limited to,  finance charges, late fees and reasonable attorney fees.  No credit is extended to attorneys' clients or other third parties.
Please Note:  If you wish to pay by credit card, a 4% processing fee will apply.

**Tax ID:** 31-1432008

*Please detach bottom portion and return with payment.*

Alison McKay
Ohio Disability Rights Law and Policy Center, Inc.
d/b/a Disability Rights Ohio
200 Civic Center Drive
Suite 300
Columbus, OH 43215

| | |
|---|---|
| Job No. : 32075 | BU ID : 1-MAIN |
| Case No. : 2:19-cv-2227 | |
| Case Name : Hunter L. Garrett vs. Opportunities for Ohioans with Disabilities, et al. | |
| Invoice No. : 41340 | Invoice Date : 9/20/2020 |
| **Total Due** : **$1,828.10** | |

AFTER 10/20/2020  PAY  $2,010.91

Remit To: **Anderson Reporting Services, Inc.**
**1421 West Third Avenue**
**Columbus, OH 43212**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: Laura Bordeau
Card Number:
Exp. Date:              Phone#: 614-466-7264
Billing Address: 200 Civic Ctr Dr, Ste 300, Columbus, OH
Zip: 43215-4234   Card Security Code:
Amount to Charge: 1,828.10 + 73.12 = 1,901.22
Cardholder's Signature: s/Laura Bordeau
Email: lbordeau@disabilityrights.org

# I N V O I C E

1 of 1

Armstrong & Okey, Inc.
222 East Town Street, 2nd fl
Columbus, OH 43215
Phone: 614-224-9481

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 210279 | 12/8/2020 | 93541 |
| **Job Date** | **Case No.** ||
| 11/12/2020 | 2:19-CV-2227 ||
| **Case Name** |||
| Hunter J. Garrett v. OOD |||
| **Payment Terms** |||
| Due upon receipt |||

Allison McKay
Ohio Disability Rights Law and Policy Center, Inc.
200 Civic Center Drive
Ste 300
Columbus, OH 43215

ORIGINAL TRANSCRIPT OF:
  Japiya Burns - Day 1                    183.00  Pages    @      3.15          576.45

**TOTAL DUE   >>>**                                                          **$576.45**

**Tax ID:** 26-1578302

*Please detach bottom portion and return with payment.*

Allison McKay
Ohio Disability Rights Law and Policy Center, Inc.
200 Civic Center Drive
Ste 300
Columbus, OH 43215

Invoice No.   : 210279
Invoice Date  : 12/8/2020
**Total Due**     : **$576.45**

Remit To: **Armstrong & Okey, Inc.**
          **222 East Town Street, 2nd fl**
          **Columbus, OH 43215**

Job No.    : 93541
BU ID      : 1-MAIN
Case No.   : 2:19-CV-2227
Case Name  : Hunter J. Garrett v. OOD

# I N V O I C E

1 of 1

Armstrong & Okey, Inc.
222 East Town Street, 2nd fl
Columbus, OH 43215
Phone: 614-224-9481

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 210280 | 12/8/2020 | 93793 |
| **Job Date** | **Case No.** ||
| 11/13/2020 | 2:19-CV-2227 ||
| **Case Name** |||
| Hunter J. Garrett v. OOD |||
| **Payment Terms** |||
| Due upon receipt |||

Allison McKay
Ohio Disability Rights Law and Policy Center, Inc.
200 Civic Center Drive
Ste 300
Columbus, OH 43215

ORIGINAL TRANSCRIPT OF:
    Japiya Burns - Day 2                          52.00 Pages    @    3.15         163.80

**TOTAL DUE   >>>**                                                            **$163.80**

**Tax ID:** 26-1578302

*Please detach bottom portion and return with payment.*

---

Allison McKay
Ohio Disability Rights Law and Policy Center, Inc.
200 Civic Center Drive
Ste 300
Columbus, OH 43215

Invoice No.   : 210280
Invoice Date  : 12/8/2020
**Total Due**    : **$163.80**

Remit To: **Armstrong & Okey, Inc.**
         **222 East Town Street, 2nd fl**
         **Columbus, OH 43215**

Job No.     : 93793
BU ID       : 1-MAIN
Case No.    : 2:19-CV-2227
Case Name   : Hunter J. Garrett v. OOD