**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **HUNTER J. GARRETT,** | : |
| **Plaintiff,** | : |
| | : Case No. 2:19-CV-2227 |
| v. | : Magistrate Judge Elizabeth P. Deavers |
| **OPPORTUNITIES FOR OHIOANS WITH DISABILITIES,** *et al.*, | : |
| **Defendant.** | : |

**RESPONSE TO COURT ORDER**

Now come the Defendants and hereby respond to the Court's Order dated August 10, 2022. *See* Doc #69. Defendants will not be challenging the costs represented in the filings submitted by the Plaintiff. *See* Docs #71. This case should be closed.

Respectfully submitted,
**DAVE YOST** (0056290)
Attorney General of Ohio

/s/ *Lisa Haywood*

**LISA HAYWOOD** (0071673)
Assistant Attorney General
Health and Human Services Section
30 East Broad Street, 26th Floor
Columbus, Ohio 43215-3400
Telephone (614) 466-8600
Facsimile (844) 283-7223
lisa.haywood@ohioattorneygeneral.gov
*Attorney for Opportunities for Ohioans with Disabilities*

**CERTIFICATE OF SERVICE**

I certify that, on September 28, 2022, a true and accurate copy of the forgoing was filed and served via the court's e-filing system and also sent to Kristin E Hildebrant at khildebrant@disabilityrightsohio.org.

/s/ *Lisa Haywood*

**LISA HAYWOOD (0071673)**
Assistant Attorney General